# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2016

Robert P. Young, Jr.,
Chief Justice

154589

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* K. S. RHODES, Minor.

SC: 154589
COA: 331300
Oakland CC Family Division:
2013-813017-NA

_____/

On order of the Court, the application for leave to appeal the September 20, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016



Clerk

s1115